November 27, 2019

<u>**VIA CM/ECF FILING**</u>

The Honorable Nancy E. Brasel
The Honorable David T. Schultz
United States District Court
316 North Robert Street
100 Federal Building
St. Paul, Minnesota 55010

      **RE:**   <u>Sunderland, et al. v. Garda USA, Inc., et al.</u>
             Case No. 19-CV-1877-NEB/DTS

Dear Judges Brasel and Schultz,

    I write to inform the Court that the parties in the above-referenced case have reached an agreement to resolve the matter and that a stipulation for dismissal is forthcoming.

                              Sincerely,

                              **MADIA LAW LLC**

                              /s/ Joshua A. Newville

                              Joshua A. Newville